1  RAJ V. ABHYANKER, California SBN 233284
   Email: raj@legalforcelaw.com
2  WENSHENG MA, California SBN 299961
3  Email: vincent@legalforcelaw.com

4  LEGALFORCE RAPC WORLDWIDE, P.C.
5  1580 W. El Camino Real, Suite 10
   Mountain View, CA 94040
6  Telephone:    (650) 965-8731
   Facsimile:    (650) 989-2131
7
8  Attorneys for Plaintiff,
   LegalForce RAPC Worldwide, P.C.
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14  LEGALFORCE RAPC WORLDWIDE, P.C.,   Case No.:  3:18-cv-00127-MMC

15          Plaintiffs,                **NOTICE OF VOLUNTARY DISMISSAL**
                                        **OF THIS ACTION**
16
        v.
17
18  ALIN IACOB; SHARP FILINGS, INC.;
    SIEBAY INC; and DOES 1-50, INCLUSIVE
19
20          Defendants.

21

22

23

24

25

26

27

28

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

   1.  Plaintiff LegalForce RAPC Worldwide, P.C. hereby voluntarily dismisses this action against all defendants.

   2.  The voluntary dismissal of this action shall only be without prejudice with each side bearing its own costs and fees.

      Respectfully submitted on August 20, 2018.


                                                  LEGALFORCE RAPC WORLDWIDE P.C.


                                            /s/ Raj V. Abhyanker
                                            Raj V. Abhyanker
                                            Attorney for Plaintiff:
                                            LegalForce RAPC Worldwide, P.C.